UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

JOHN DOE,

         Plaintiff,

v.

COLGATE UNIVERSITY, et al.,

         Defendants.

Civil Action No. 5:16-cv-00072 (DNH/TWD)

**STIPULATION OF DISMISSAL**

      Plaintiff, John Doe, desires to voluntarily discontinue this proceeding. Therefore, Plaintiff and all Defendants, by their respective attorneys, hereby stipulate that this action be and hereby is dismissed with prejudice, with each party bearing its own costs and attorneys' fees.

| | |
|---|---|
| NESENOFF & MILTENBERG, LLP | BOND, SCHOENECK & KING PLLC |
| By: /s/ Tara J. Davis<br>    Andrew Miltenberg, Esq.<br>    Tara J. Davis, Esq.<br>*Attorneys for Plaintiff, John Doe*<br>363 Seventh Avenue – 5th Floor<br>New York, New York 10001<br>Telephone: (212) 736-4500<br>Email: amiltenberg@nmllplaw.com<br>Email: tdavis@nmllplaw.com | By: /s/ Laura H. Harshbarger<br>    Laura H. Harshbarger, Esq. (509779)<br>    Kristen E. Smith, Esq. (512855)<br>*Attorneys for Defendants Colgate University, Jeffrey Herbst, Suzy M. Nelson, Kimberly Taylor, Marilyn Rugg and Valerie Brogan*<br>One Lincoln Center<br>Syracuse, New York 13202<br>Telephone: (315) 218-8000<br>E-mail: lharshbarger@bsk.com<br>E-mail: ksmith@bsk.com |

WARD, GREENBERG, HELLER &
REIDY, LLP

By: /s/ Thomas S. D'Antonio
      Thomas S. D'Antonio, Esq.
      Abigail L. Giarrusso, Esq.
*Attorneys for Defendant Tamala Flack*
1800 Bausch & Lomb Place
Rochester, New York  14604-2713
Telephone:  (585) 454-0700
Email:  tdantonio@wardgreenberg.com
Email:  agiarrusso@wardgreenberg.com


IT IS SO ORDERED:

_____
           David N. Hurd
    United States District Judge

Dated:      January 12, 2017
           Utica, NY